UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.
                               CASE NO. 8:09-cv-2344-T-17AEP

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
AND APPURTENANCES THERETO,
LOCATED AT 34811 HIBISCUS
DRIVE, DADE CITY, HERNANDO
COUNTY, FLORIDA 33523,

    Defendant.
_____/

## JUDGMENT OF FORFEITURE

THIS CAUSE comes before the court on Motion of the United States of America for entry of a Judgment of Forfeiture for the defendant property, pursuant to the provisions of pursuant to 18 U.S.C. § 2254. The court, being fully advised in the premises, finds that the complaint has been filed, the property posted, and service of process has been effected in accordance with the provisions of Rule G of the Supplemental Rules for Admiralty or Maritime Claims, Federal Rules of Civil Procedure.

The owner of the real property, Richard J. Sutton has agreed to the forfeiture of the property, subject to his Stipulated Settlement Agreement. (Doc. 17). No other persons or entities have filed a claim in these proceedings, and the time for filing a claim to any of the properties in this forfeiture action has expired.

On March 15, 2010, the United States filed an Application to Clerk of for Entry of Default as to James McAndrew and Thomas McAndrew for failure to file a Verified Claim. (Doc. 20). On March 18, 2010, the Clerk entered default against James McAndrew and Thomas McAndrew. (Docs. 21, 22). Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' Motion for Judgment of Forfeiture is GRANTED. It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 2254, all right, title, and interest in the following defendant property, including all improvements thereon and appurtenances thereto, are hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the settlement agreement with Richard J. Sutton of record:

> 34811 Hibiscus Drive, Dade City, Hernando County, Florida 33523, which is legally described as follows:
>
> Lot 206, RIDGE MANOR, LAKEWOOD UNIT # 2, as per plat thereof, recorded in Plat Book 5, pages 94-97, inclusive, the Public Records of Hernando County, Florida.
>
> Parcel Identification No. R11-123 -21-0600-0000-2060.

The government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing to the Hernando County Tax Collector, to the extent there are any, at the time of sale.

In accordance with the Stipulated Settlement between the United States

and Claimant Richard J. Sutton, upon entry of this Judgment of Forfeiture, the United States Marshals Service will sell the property, and will pay to Claimant, solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government's expenses relating to the seizure, maintenance, custody, publication, marketing, and sale of the property, the balance due and owing Claimant in the amount of $10,539.69. Any remaining net proceeds of the sale after satisfaction of the priorities above, shall be forfeited to the United States of America. The Clerk of Court is directed to close this case

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of April, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE